# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re Susan Dandridge, )
)
       Debtor. )
) Case No. 08-23680-PP
) Chapter 13

## DEBTOR'S EX PARTE, EMERGENCY MOTION TO RESTRICT PUBLIC ACCESS TO CLAIM OR IN THE ALTERNATIVE TO DELINK, DISABLE OR REMOVE PROOF OF CLAIM # 3-1 OF AURORA HEALTH CARE, INC.

    Susan Dandridge ("Debtor"), through her counsel, Michael J. Watton and the Watton Law Group, hereby requests that this Court pursuant to 11 U.S.C. § 107 (b) (2) and Fed. R. Bankr. P. 9037 (d) enter an Ex Parte Order restricting the public access to proof of claim #3-1 filed in this case by Aurora Health Care, Inc. and require the clerk to delink, disable or remove the said Proof of Claims and/or attachments.

    On its face, Aurora Health Care, Inc. has included in proof of claim 3-1 medical treatment information which is private and sensitive information protected under state and federal laws.

    Inclusion on the public document (proof of claim) of this medical information requires the Court to take action to protect Debtor from the scandalous and defamatory information contained therein.

    In addition to restricting public access, Debtor requests all further relief the Court deems appropriate.


Date: November 9, 2009

                                           /s/Michael J. Watton
                                           Michael J. Watton, Esq.
                                           Watton Law Group
                                           225 E. Michigan Street, Suite 550
                                           Milwaukee, Wisconsin 53202

**Michael J. Watton, Esq.**
**Watton Law Group**
**225 East Michigan Street**
**Suite 550**
**Milwaukee, WI  53202**
**Telephone (414) 273-6858**
**Facsimile (414) 273-6894**

. . .

Filed electronically 11/9/2009
with:

Clerk, U.S . Bankruptcy Court
517 E. Wisconsin Avenue
Room 126
Milwaukee, WI 53203

Copies of the foregoing mailed, or sent electronically
if the party named accepts electronic service,
on November 9, 2009 to:


Ms. Susan Dandridge
2443 South 43rd Street, #208
Milwaukee, WI 53219

Mary B. Grossman
Chapter 13 Trustee
740 North Plankinton Avenue
Suite 400
Milwaukee WI 53203-0000

Office of the U.S. Trustee
517 E. Wisconsin Avenue, #430
Milwaukee, WI 53202
USTPregion11.mi.ecf@usdoj.gov

Aurora Health Care
Attn: Hospital Collections – Tammy Fiedler
3301 West Forest Home Avenue
Milwaukee, WI 53215

Aurora Health Care
c/o Nick Turkal – Registered Agent
3000 West Montana Avenue
Milwaukee, WI 53215




/s/ Jessica Drewicz, Paralegal
Mailed and filed by



Dandridge
Case No. 08-23680-PP

2