THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 05, 2010



_____
Honorable Pamela Pepper
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

IN RE:     SUSAN MARIE DANDRIDGE,            Case No. 08-23680-pp

               Debtor.                                     Chapter 13
_____

SUSAN MARIE DANDRIDGE and                             Adv. No. 09-2470
KATHLEEN BEMBENEK,

               Plaintiffs,

v.

AURORA HEALTH CARE, INC.,

               Defendant.
_____

**ORDER TO SHOW CAUSE**
_____

        The Court hereby orders debtor/plaintiff Susan Marie Dandridge (or her counsel) and creditor/defendant Aurora Health Care, Inc. (or its counsel) to appear and show cause as to why this Court should not transfer the above-captioned cases to Judge Susan V. Kelley of the Eastern District of Wisconsin, given that the adversary proceeding pending in this Court is identical to the

1

proceeding pending before Judge Kelley, and given that the litigation before Judge Kelley has advance further than the litigation before this Court.

Wherefore, the Court orders the identified parties (Dandridge and Aurora Health Care, Inc.) or their counsel to appear on ***January 13, 2010 at 9:30 a.m. in courtroom 149***, and show cause why the Court should not transfer the above-captioned bankruptcy proceeding and the above-captioned related adversary proceeding to Judge Susan V. Kelley.

# # # # #

2

Case 08-23680-pp    Doc 38    Filed 01/06/10    Page 2 of 2